BERKELEY POLICE DEPARTMENT;
et al., Plaintiffs–Appellees,

v.

Emanuel Simon EL BEY; et al.,
Defendants–Appellants.

No. 08–16183.

United States Court of Appeals,
Ninth Circuit.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Aug. 11, 2008.*

Filed Aug. 19, 2008.

Berkeley City Attorney's Office, Berkeley, CA, for Plaintiffs–Appellees.

Department of Motor Vehicles, Sacramento, CA, pro se.

Emanuel Simon El Bey, Richmond, CA, pro se.

Makare Akhet Atem Simo El Bey, Richmond, CA, pro se.

Appeal from the United States District Court for the Northern District of California, Maxine M. Chesney, District Judge, Presiding. D.C. No. 3:07–cv–06126–MMC.

Before: CANBY, LEAVY and KLEINFELD, Circuit Judges.

MEMORANDUM **

Appellants' motion to proceed in forma pauperis is granted.

A review of the record and appellants' opening brief indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir.1982) (per curiam) (stating standard). Accordingly, we summarily affirm the district court's order remanding this action to the state court.

All other pending motions are denied.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

